**Order entered October 24, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01033-CV

### DEMETRA JEFFERSON WYSINGER, Appellant

### V.

### GEICO COUNTY MUTUAL INSURANCE, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-00628-E**

## ORDER

Before the Court is appellant's October 13, 2017 letter concerning the reporter's record. The letter is addressed to both the court reporter and this Court. However, the letter appears to have been filed in this Court only. Accordingly, we **DIRECT** the Clerk of the Court to send a copy of appellant's October 13th letter and this order to Vikki Ogden, Official Court Reporter for County Court at Law No. 5.

We **ORDER** the reporter's record be filed no later than November 22, 2017. As appellant filed a statement of inability to pay costs in the trial court, the record shall be prepared and filed without payment of the reporter's fees.

/s/     CRAIG STODDART
JUSTICE